IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
   v.                       )        3:14cr643-MHT
                            )             (WO)
WINSTON MOSS                )
```

### ORDER

This case is before the court on defendant Winston Moss's petition for early termination of supervised release. Based on Moss's stable employment and residence and his compliance with all terms of supervised release for over two years of his four-year term of supervision, and based on the government's and supervising probation officer's orally confirmed lack of opposition to the motion, it is ORDERED that:

(1) The motion for early termination of supervised release (Doc. 73) is granted.

(2) Defendant Winston Moss's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 19th day of October, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**